IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


POPPED! FESTIVAL, INC.           :
                    Plaintiff,

      v.                       :          CIVIL NO. 09-CV-3763


LIVE NATION WORLDWIDE, INC.;   :
GEOFF GORDON; and JIM SUTCLIFFE
                   Defendants.


## **ORDER**


AND NOW, this 17th day of February, 2010, upon consideration of Plaintiff's Motion to

Remand (Doc. No. 6) and  Defendant Live Nation Worldwide, Inc.'s Opposition thereto (Doc.

No. 7), it is hereby ORDERED and DECREED that:

    (1)     Plaintiff's Motion is GRANTED and the above-captioned matter shall be

             remanded to the Philadelphia Court of Common Pleas; and,

    (2)     Plaintiff's request for costs pursuant to 28 U.S.C.§1447( c) is DENIED.


BY THE COURT:


/s/ C. Darnell Jones  II        J.